**CP MANUFACTURING, INC.,**
**Plaintiff–Petitioner,**

v.

**MACHINEFABRIEK BOLLEGRAAF**
**APPINGEDAM B.V., Defendant–**
**Respondent.**

**No. MISC. 721.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Jan. 30, 2003.

ON MOTION

*ORDER*

GAJARSA, Circuit Judge.

Upon consideration of the parties' joint motion to dismiss this petition for permission to appeal, due to settlement of the underlying cause of action,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.